DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

GEORGE B. INABINET, III,

Appellant,

v.

HOLLY POWELL INABINET,

Appellee.

No. 2D23-2135

————————————————

March 27, 2024

Appeal from the Circuit Court for Pinellas County; David R. Ellis, Judge.

George B. Inabinet, III, pro se.

Dineen Pashoukos Wasylik of DPW Legal, Tampa, for Appellee,

PER CURIAM.

Affirmed.

LaROSE and LUCAS, JJ., and CASE, JAMES R., ASSOCIATE SENIOR JUDGE, Concur.

————————————————

Opinion subject to revision prior to official publication.